IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLNIOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VERTEX REFINING, NV, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 16-cv-03498 |
| | ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA, and ASSURANCE AGENCY, LTD., | ) ) ) | Judge Rebecca Pallmeyer |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ASSURANCE AGENCY, LTD., | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OMEGA HOLDINGS CO., LLC, RICK SILVERBERG, as Officer and Director of Omega Holdings Co., LLC, and JAMES GREGORY, as Officer and Director of Omega Holdings Co., LLC, | ) ) ) ) ) ) | |
| | ) | |
| Third-Party Defendants. | ) | |

## THIRD-PARTY DEFENDANTS MOTION FOR ENTRY OF FINAL JUDGMENT

Now come Third Party Defendants, Rick Silverberg, as Officer and Director of Omega Holdings Co., LLC, and James Gregory, as Officer and Director of Omega Holdings Co., LLC, (collectively "Third-Party Defendants"), and move this Honorable Court to direct entry of final judgment pursuant to Fed R. Civ. P 54(b) with regard to this Court's dismissal of Third-Party Defendants, stating as follows:

1. On December 16, 2016, this Court dismissed Third-Party Defendants from this action for lack of personal jurisdiction.

2. There is no just cause for delay in entry of final judgment as to Third-Party Defendants.

1

In support of this Motion, the Court is referred to Third-Party Defendants' Memorandum in Support of Its Motion for Entry of Final Judgment, filed simultaneously herewith.

WHEREFORE, Third-Party Defendants request that this Court grant its Motion and direct entry of final judgment.

Respectfully submitted this 23rd day of December, 2016.

Respectfully submitted,

O'HAGAN MEYER

/s/ K. Gloede
Attorney for Third-Party Defendants
Silverberg and Gregory

Kevin M. O'Hagan (ARDC No. 6211446)
Katherine Plominski Gloede (ARDC No. 6301916)
O'Hagan Meyer
One East Wacker Drive, Suite 3400
Chicago, Illinois 60601
312-422-6100 – Phone
312-422-6110 – Fax